TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00374-CR






John Anthony Cantu, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NO. 963189, HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Ariel Payan, is ordered to tender a brief in this cause no later than February 21, 2003. 
No further extension of time will be granted.

It is ordered January 21, 2003. 


Before Justices Kidd, Yeakel and Patterson

Do Not Publish